(No. 78-CC-0623—

DR. RALPH H. COUNCIL, Claimant, *v.* STATE OF ILLINOIS, Respondent.

*Order filed on November 29, 1978.*

This matter comes before the Court on a motion by Respondent to dismiss this cause.

In a recent case, *Jewel Food Stores, Division of Jewel Companies, Inc. v. State of Illinois, No. 77 CC 095,* this Court made a ruling in cases of this nature.

Based upon said decision, Respondent's motion to dismiss is hereby denied and an award is entered in the amount of $236.41 in favor of Claimant.